IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED AUG 02 2012

| | |
|---|---|
| VICTOR JOE NEFF | : CIVIL ACTION |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, et al. | : NO. 12-3626 |

### ORDER

WILLIAM H. YOHN, S.J.,

AND NOW, this 1st day of August, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and no objection having been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Clerk of Court is directed to TRANSFER the petition for habeas corpus to the United States District Court for the MIDDLE District of Pennsylvania.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

ENTERED
AUG 02 2012
CLERK OF COURT

_____
WILLIAM H. YOHN, S.J.