IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED AUG 0 2 2012

VICTOR JOE NEFF                     :        CIVIL ACTION
                                    :
            v.                      :
                                    :
PENNSYLVANIA BOARD OF               :
PROBATION & PAROLE, et al.          :        NO.  12-3626

## ORDER

WILLIAM H. YOHN, S.J.,

        AND NOW, this    1ˢᵗ    day of    August    , 2012, upon

careful and independent consideration of the petition for writ of habeas corpus, and after

review of the Report and Recommendation of United States Magistrate Judge Elizabeth

*and no objection having been filed*

T. Hey, IT IS ORDERED that:

        1.  The Report and Recommendation is APPROVED and ADOPTED.

        2.  The Clerk of Court is directed to TRANSFER the petition for habeas

corpus to the United States District Court for the MIDDLE District of Pennsylvania.

        3.  There is no basis for the issuance of a certificate of appealability.

                                    BY THE COURT:

ENTERED

AUG 0 2 2012

CLERK OF COURT

                                    WILLIAM H. YOHN, S.J.